IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARNELL K. BENNETT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHILA DOMESTIC RELATIONS** | : | |
| **DIVISION and PHILA COUNTY** | : | **NO. 19-99** |

## ORDER

**NOW**, this 24th day of January, 2019, upon consideration of plaintiff Darnell K. Bennett's Motion to Proceed *In Forma Pauperis* (Doc. No. 5), his *pro se* Complaint, and his Exhibits, it is **ORDERED** that the Motion to Proceed *In Forma Pauperis* is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The Complaint is **DISMISSED**.

2. Bennett is granted leave to file an amended complaint within thirty (30) days of the date of this Order. If Bennett files an amended complaint, he must identify all of the defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The amended complaint must also describe how each defendant was responsible for violating Bennett's rights and should not rely entirely on exhibits or other documents filed in this case to state a claim. Upon the filing of an amended complaint, the Clerk of Court shall not make service until further order of the Court.

3. The Clerk of Court shall furnish to Bennett a blank copy of the Court's form complaint for a non-prisoner filing a civil action bearing the civil action number for this case. Bennett may use this form to file an amended complaint if he decides to do so.

4. If Bennett fails to file an amended complaint, his case will be dismissed for failure to prosecute.

/s/TIMOTHY J. SAVAGE